IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

ANDREW PERRONG,

    Plaintiff,

v.                                           Case No. 1:19-CV-02425

HARRIS & HARRIS, LTD.

    Defendant.

### STIPULATION OF DISMISSAL

    Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Andrew Perrong and Defendant Harris & Harris, Ltd., through their undersigned counsel, hereby stipulate to the dismissal of this action (including all claims, counterclaims, and defenses of all parties) with prejudice, with each party to bear its own fees and costs.

December 17, 2019.

/s/ Alan W. Nicgorski
Michael C. Lueder
Alan W. Nicgorski
Hansen Reynolds LLC
150 S. Wacker, Suite 2400
Chicago, IL 60606

Anthony Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043

*ATTORNEYS FOR PLAINTIFF*

/s/ Lindsey A.L. Conley
David M. Schultz
Lindsey A.L. Conley
Hinshaw & Culbertson LLP
151 North Franklin Street, Suite 2500
Chicago, Il 60606

*ATTORNEYS FOR DEFENDANT*